IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

               Plaintiff,

-vs-                                                  Criminal Action No.
                                                  25-00226-01/02-CR-W-DGK

MAKIH A. HALL, et al.,

               Defendants.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| | Count One | Conspiracy to Commit Hobbs Act Robbery, *in violation of* 18 U.S.C. §§ 1951(a) [Both] |
| | Count Two | Aiding and Abetting Hobbs Act Robbery *in violation of* 18 U.S.C. §§ 1951 (a) and 2 [Both] |
| | Count Three | Aiding and Abetting Bank Robbery *in violation of* 18 U.S.C. §§ 2113 (a) and 2 [Both] |
| | Count Four | Attempted Hobbs Act Robbery *in violation of* 18 U.S.C. § 1951 (a) [Hall only] |
| | Count Five | Aiding and Abetting Bank Robbery *in violation of* 18 U.S.C. §§ 2113 (a) and 2 [Both] |
| | Count Six | Attempted Bank Robbery *in violation of* 18 U.S.C. § 2113 (a) [Medina-Lopez only] |

**TRIAL COUNSEL**:
    Government: Jeff McCarther
        Case Agent:   Special Agent Dustin Green FBI
    Defendant Hall:     Martin Warhurst
    Defendant Medina-Lopez:   Todd Schultz

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government:    with stipulations: 11    without stipulations: 16

    Defendant Hall:    1 witness, including Defendant who    ( ) will
        ( x ) may
        ( ) will not testify

    Defendant Medina-Lopez: 0 witnesses, including Defendant who    ( ) will
        ( ) may
        ( x ) will not testify

**TRIAL EXHIBITS**:
    Government:    80 exhibits
    Defendant Hall:    0 exhibits
    Defendant Medina-Lopez:    0 exhibits

**DEFENSES**:
    ( x )    defense of general denial only as to both Defendants
    ( )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial    ( ) Possibly for trial
    ( ) Motion to continue to be filed    ( x ) Likely a plea will be worked out as to both Defendants

**TRIAL TIME**: **3 ½ days**
    Government's case including jury selection: 2 ½ days
    Defendant Hall's case: Less than ½ day
    Defendant Medina-Lopez: ½ day

**STIPULATIONS**:

Government:
    ( )    not likely
    ( )    not appropriate
    ( x )    proposed as to:
        ( )    chain of custody
        ( )    chemist's reports
        ( )    prior felony conviction
        ( )    interstate nexus of firearm
        ( x )    Federal jurisdiction/interstate commerce as to Hobbs Act Robbery charges and FDIC and NCUA insurance as to Bank Robbery charges

Defendant Hall: Generally agree to stipulations

Defendant Medina-Lopez: No position as to stipulations

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government: January 26, 2026
    Defense: January 26, 2026
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   January 26, 2026
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**: January 26, 2026

**TRIAL SETTING**: Criminal jury trial docket commencing 2/9/2026

**OTHER**:
    ( )   A _____-speaking interpreter is required.
    ( )   Other assistive devices: _____

    **IT IS SO ORDERED.**

                                           */s/ Jill A. Morris*
                                           JILL A. MORRIS
                                           United States Magistrate Judge